# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEBRON SPRINGS, | Case No.  1:26-cv-02293-FJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (ECF No. 2) |
| UNITED STATES OF AMERICA, | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY USP FLORENCE AD/MAX |
| Defendant. | |

Plaintiff Eric Lebron Springs ("Plaintiff") is a federal prisoner appearing *pro se* in this civil rights action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b).  Currently before the Court is Plaintiff's motion to proceed *in forma pauperis*, filed March 24, 2026.  (ECF No. 2.)

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account.  The Warden of USP Florence Ad/Max is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is GRANTED;

1

2. **The Warden of USP Florence Ad/Max or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Warden of USP Florence Ad/Max, at USP Florence Ad/Max, U.S. Penitentiary, PO Box 8500, Florence, CO 81226; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **March 25, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE